ROBERTA CAROL et al., Appellants, v. GLUSKER EMKAY SALES CORP. et al., Respondents.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.